IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:07CR39

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| GAVIN COLVIN | ) | |

**THIS MATTER** is before the Court on Defendant's motion that the Court order the United States Marshal to transport him from the Buncombe County Detention Facility in Asheville, North Carolina, to Mission Hospital on Monday, June 23, 2008, where he may be permitted to visit with his wife between 6:30 and 7:00 a.m., before her scheduled surgery. The motion is denied.

While the Court understands the Defendant's concern for and need to provide support for his wife during such a serious medical procedure, it is unclear from the motion how a 30-minute visit would be of benefit to either Defendant or his wife or why it is not possible for Defendant's wife to visit him at the jail facility before her admission to the hospital. In any

event, the Court has been advised by the United States Marshal that such a request is a "security nightmare" and that such a "service" is not provided at Government expense.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **DENIED.**

Signed: June 20, 2008

Lacy H. Thornburg
United States District Judge